**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 3, 2024

> **APPLICATION GRANTED:** The USMS shall transport Ms. Hartung to the District of Maine immediately and no later than <u>July 9, 2024.</u>
>
> **APPLICATION GRANTED**
>
> *[signature]*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 07/03/2024

<u>BY EMAIL & ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    <u>United States v. Theresa Hartung</u>
       24 Mag. 1733 (UA)

Dear Judge Parker:

    As counsel for Theresa Hartung, I write to request that the Court order the Marshals to transport Ms. Hartung to the District of Maine immediately. Ms. Hartung has been incarcerated at MDC Brooklyn for nearly a month awaiting her removal pursuant to Rule 5(c)(3).

    On June 4, 2024, Theresa Hartung appeared before Magistrate Judge Aaron pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure for an initial appearance on an indictment brought in the District of Maine for a non-violent fraud offense. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, Ms. Hartung appeared for her Rule 5 proceeding. Following a contested detention hearing, Ms. Hartung was ordered detained. Magistrate Judge Aaron set June 20, 2024 as a control date for Ms. Hartung's removal. On June 21, Ms. Hartung remained incarcerated at the MDC. Defense counsel contacted the government, which sought clarification from the Marshals. On June 24, 2024, the government confirmed that the Marshals estimated a transfer on Wednesday, July 3.

2

Today, it appears Ms. Hartung remains incarcerated at the MDC. Defense counsel contacted the government, which conveyed that because today was just the "estimated transfer" "it could still be a few days" before Ms. Hartung is brought to the District of Maine.

As it has now been one month since Ms. Hartung's initial appearance on this matter and we are still without a firm date for the transfer, I respectfully request the Court order the Marshals to transport Ms. Hartung to the District of Maine immediately. In the alternative, I request that the Court set a date certain by which Ms. Hartung must be transported to the District of Maine.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Theresa Hartung*

cc:     Counsel of record